PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
06-00511-001

**DOCKET NUMBER** *(Rec. Court)*
08-80023-T/P-DMM

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Kevin Burke<br>West Palm Beach County Jail<br>Gun Club Road<br>West Palm Beach, FL | New Jersey | |
| | **NAME OF SENTENCING JUDGE**<br>Katharine S. Hayden | |
| | **DATES OF PROBATION/ SUPERVISED RELEASE:** | **FROM**<br>March 15, 2007 | **TO**<br>March 14, 2012 |

FILED by ___ D.C.
DEC 15 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**OFFENSE**

Conspiracy to Defraud the United States.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE New Jersey

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4/14/08
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Southern District of Florida

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 15, 2008
Effective Date

_____
United States District Judge

RECEIVED
AUG 04 2008

SCANNED



UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
OFFICE OF THE CLERK
M. L. KING JR. FEDERAL BLDG. & U.S. COURTHOUSE
50 WALNUT STREET, P.O. BOX 419
NEWARK, NJ 07101-0419
(973) 645-3730

CAMDEN OFFICE
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STREETS
CAMDEN, NJ 08101

TRENTON OFFICE
402 EAST STATE STREET
ROOM 2020
TRENTON, NJ 08608

REPLY TO: _NEWARK

William T. Walsh
Clerk

DATE: November 19, 2008

8 Wilkie D. Ferguson, Jr.
United States Courthouse
400 North Miami Avenue
Miami, FL 33128

    Re: U.S.A. -v- Kevin Burke
    Our Docket No. 06-cr-511
    Your Docket No.

Dear Clerk:

    A Transfer of Jurisdiction Order (Prob 22 form) has been filed with this District in the above-captioned case. This District considers the electronic record to be the original pursuant to Federal Rules of Criminal Procedure 49(d), Local Civil Rule 5.2 and paragraph 7 of the Court's Electronic Case Filing Policies and Procedures. The original records of this Court can be obtained by accessing CM/ECF through PACER. Certified copies of any document not available through PACER are enclosed . Kindly acknowledge receipt on the duplicate of this letter, which is provided for your convenience.

                        Sincerely,

                        WILLIAM T. WALSH, Clerk

                        By: _____
                              Deputy Clerk

**RECEIPT ACKNOWLEDGED BY:** _____
**DATE:** _____ .

DNJ-Crim-003(Rev. 09/06)

CLOSED

# U.S. District Court
## District of New Jersey [LIVE] (Newark)
## CRIMINAL DOCKET FOR CASE #: 2:06-cr-00511-KSH-1

Case title: USA v. Burke
Magistrate judge case number: 2:04-mj-03507-MF

Date Filed: 07/06/2006
Date Terminated: 03/15/2007

Assigned to: Judge Katharine S. Hayden

### Defendant (1)

**Kevin Burke**
TERMINATED: 03/15/2007
also known as
KYLE BERKMAN
TERMINATED: 03/15/2007

represented by **BRYAN BLANEY**
LOWENSTEIN SANDLER, PC
65 LIVINGSTON AVENUE
ROSELAND , NJ 07068
(973) 597-2500
Email: bblaney@lowenstein.com
TERMINATED: 05/27/2008
LEAD ATTORNEY
ATTORNEY TO BE NOTICED
Designation: CJA Appointment

**LISA MACK**
FEDERAL PUBLIC DEFENDER'S OFFICE
972 BROAD STREET
NEWARK , NJ 07102
(973) 645-6347
Email: lisa_mack@fd.org
LEAD ATTORNEY
ATTORNEY TO BE NOTICED
Designation: Public Defender or Community Defender Appointment

**Pending Counts**

18:371 CONSPIRACY TO DEFRAUD THE UNITED STATES d/o/f 01/03 thru 02/03
(1)

**Disposition**

Defendant sentenced to 5 years (60 months) probation w/ conditions; Restitution $44,048.35 with interest waived, etc.; Special assessment $100.00

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                              **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                                     **Disposition**

18:1343.F

**Plaintiff**

USA                              represented by   **EREZ LIEBERMANN**
                                                  OFFICE OF THE U.S. ATTORNEY
                                                  970 BROAD STREET
                                                  ROOM 700
                                                  NEWARK , NJ 07102
                                                  (973) 645-2700
                                                  Email: erez.liebermann@usdoj.gov
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/08/2004 | 1 | SEALED COMPLAINT as to JENNIFER PIZZA (1), Kevin Burke (2). (ej, ) [2:04-mj-03507-MF] (Entered: 01/09/2004) |
| 01/08/2004 | 2 | Order to Seal Case as to JENNIFER PIZZA, Kevin Burke. Signed by Judge Mark Falk on 01/08/04. (ej, ) [2:04-mj-03507-MF] (Entered: 01/09/2004) |
| 01/08/2004 | 3 | DISCLOSURE STATEMENT by USA. (ej, ) [2:04-mj-03507-MF] (Entered: 01/09/2004) |
| 01/08/2004 |   | ARREST Warrant Issued as to Kevin Burke. (ej, ) [2:04-mj-03507-MF] (Entered: 01/09/2004) |
| 03/17/2004 | 11 | Minute Entry for proceedings held before Judge Mark Falk :Initial Appearance as to Kevin Burke held on 3/17/2004. Court Ordered deft. released on $10,000.00 PR bond continued from the E. Dist. of PA. w/PTS Superv., travel restricted to NJ & E. PA & drug/alchol testing/treatment. (Tape #F04 #25.) (ej, ) [2:04-mj-03507-MF] (Entered: 03/18/2004) |
| 03/17/2004 | 12 | ORDER Setting Conditions of Release as to Kevin Burke (2) $10,000.00 PR continued from E. Dist. of PA, etc. Signed by Judge Mark Falk on 03/17/04. (ej, ) [2:04-mj-03507-MF] (Entered: 03/18/2004) |
| 03/17/2004 | 10 | CJA 23 Financial Affidavit by Kevin Burke (ej, ) [2:04-mj-03507-MF] |

| | | |
|---|---|---|
| | | (Entered: 03/18/2004) |
| 03/17/2004 | | Attorney update in case as to Kevin Burke. Attorney BRYAN BLANEY for Kevin Burke added. (ej, ) [2:04-mj-03507-MF] (Entered: 03/18/2004) |
| 03/17/2004 | 13 | CJA 20 as to Kevin Burke : Appointment of Attorney BRYAN BLANEY for Kevin Burke. Signed by Judge Mark Falk on 03/17/04. (ej, ) [2:04-mj-03507-MF] (Entered: 03/19/2004) |
| 03/17/2004 | | Arrest of Kevin Burke in Eastern Pennsylvania. (ej, ) [2:04-mj-03507-MF] (Entered: 03/23/2004) |
| 03/22/2004 | 14 | Rule 40 Documents Received as to Kevin Burke (ej, ) [2:04-mj-03507-MF] (Entered: 03/23/2004) |
| 04/05/2004 | 16 | APPLICATION/PETITION by Pretrial Services for ARREST WARRANT. (mm, ) [2:04-mj-03507-MF] (Entered: 04/12/2004) |
| 04/07/2004 | 15 | ORDER TO CONTINUE - Ends of Justice as to Kevin Burke Time excluded from 4/2/04 until 5/31/04. . Signed by Judge Mark Falk on 4/7/04. (mm, ) [2:04-mj-03507-MF] (Entered: 04/08/2004) |
| 04/12/2004 | | ARREST Warrant Issued as to Kevin Burke. (mm, ) [2:04-mj-03507-MF] (Entered: 04/12/2004) |
| 06/01/2004 | 17 | ORDER TO CONTINUE - Ends of Justice as to Kevin Burke Time excluded from 5/31/04 until 7/30/04. Signed by Judge Mark Falk on 6/1/04. (mm-sl, ) [2:04-mj-03507-MF] (Entered: 06/01/2004) |
| 06/04/2004 | 18 | Rule 40 Documents Received as to Kevin Burke. (mm-sl, ) [2:04-mj-03507-MF] (Entered: 06/04/2004) |
| 06/04/2004 | 25 | Rule 40 Documents Received as to Kevin Burke. (mm-sl, ) [2:04-mj-03507-MF] (Entered: 06/30/2004) |
| 06/14/2004 | 19 | Order to Unseal Case as to JENNIFER PIZZA, Kevin Burke. Signed by Judge Mark Falk on 6/14/04. (mm-sl, ) [2:04-mj-03507-MF] (Entered: 06/16/2004) |
| 06/17/2004 | 20 | ORDER as to Kevin Burke Modifying Bail conditions Signed by Judge Joel B. Rosen on 06/17/04. (bb, ) [2:04-mj-03507-MF] (Entered: 06/17/2004) |
| 08/02/2004 | 30 | ORDER TO CONTINUE - Ends of Justice as to Kevin Burke Time excluded from 7/30/04 until 9/28/04. Signed by Judge Mark Falk on 8/2/04. (mm-sl, ) [2:04-mj-03507-MF] (Entered: 08/03/2004) |
| 08/06/2004 | 31 | Substitution of Attorney - Attorney RACHAEL HILL and RACHAEL HILL for USA and USA added. Attorney JESSICA L. STEIN terminated. (HILL, RACHAEL) [2:04-mj-03507-MF] (Entered: 08/06/2004) |
| 09/29/2004 | 33 | ORDER TO CONTINUE - Ends of Justice as to Kevin Burke Time excluded from 9/28/04 until 11/27/04. Signed by Judge Mark Falk on 9/29/04. (mm-sl, ) [2:04-mj-03507-MF] (Entered: 09/29/2004) |
| 12/13/2004 | 36 | ORDER TO CONTINUE - Ends of Justice as to Kevin Burke Time excluded from 12/6/04 until 2/4/05. . Signed by Judge Mark Falk on 12/13/04. (mm-sl, ) |

| | | |
|---|---|---|
| | | [2:04-mj-03507-MF] (Entered: 12/14/2004) |
| 01/28/2005 | 37 | ORDER TO CONTINUE - Ends of Justice as to Kevin Burke Time excluded from 2/4/05 until 4/1/05. . Signed by Judge Mark Falk on 1/28/05. (mm-sl, ) [2:04-mj-03507-MF] (Entered: 01/28/2005) |
| 03/31/2005 | 39 | ORDER TO CONTINUE - Ends of Justice as to Kevin Burke Time excluded from 4/5/05 until 6/4/05. Signed by Judge Mark Falk on 3/31/05. (mm-sl, ) [2:04-mj-03507-MF] (Entered: 04/02/2005) |
| 06/06/2005 | 41 | ORDER TO CONTINUE - Ends of Justice as to Kevin Burke Time excluded from 6/4/05 until 8/3/05. Signed by Judge Mark Falk on 6/6/05. (mm, ) [2:04-mj-03507-MF] (Entered: 06/06/2005) |
| 07/15/2005 | 44 | ORDER TO CONTINUE - Ends of Justice as to Kevin Burke Time excluded from 8/3/05 until 10/2/05. Signed by Judge Mark Falk on 7/15/05. (mm, ) [2:04-mj-03507-MF] (Entered: 07/15/2005) |
| 10/07/2005 | 46 | ORDER TO CONTINUE - Ends of Justice as to Kevin Burke Time excluded from 10/3/05 until 12/2/05. Signed by Judge Mark Falk on 10/7/05. (mm, ) [2:04-mj-03507-MF] (Entered: 10/07/2005) |
| 10/17/2005 | 47 | Petition & Order for action on conditions of release. Signed by Judge Mark Falk on 10/17/05. (mm, ) [2:04-mj-03507-MF] (Entered: 10/17/2005) |
| 12/16/2005 | 49 | ORDER TO CONTINUE - Ends of Justice as to Kevin Burke Time excluded from 12/12/05 until 21/10/06. Signed by Judge Mark Falk on 12/16/05. (mm, ) [2:04-mj-03507-MF] (Entered: 12/20/2005) |
| 03/24/2006 | 53 | Rule 5 Documents Received from the Eastern District of Pennsylvania as to Kevin Burke (jn, ) [2:04-mj-03507-MF] (Entered: 04/17/2006) |
| 04/11/2006 | 51 | Minute Entry for proceedings held before Judge Mark Falk :Bond Hearing as to Kevin Burke held on 4/11/2006. Ordered bond set at $10,000 unsecured. (Digital Recording F06#04.) (jr) [2:04-mj-03507-MF] (Entered: 04/11/2006) |
| 04/11/2006 | 52 | ORDER Setting Conditions of Release as to Kevin Burke (2) $10,000 unsecured . Signed by Judge Mark Falk on 4/11/2006. (jr) [2:04-mj-03507-MF] (Entered: 04/11/2006) |
| 04/11/2006 | | Unsecured Bond Entered as to Kevin Burke in amount of $10,000. (jr) [2:04-mj-03507-MF] (Entered: 04/11/2006) |
| 05/02/2006 | 57 | Substitution of Attorney - Attorney EREZ LIEBERMANN and EREZ LIEBERMANN for USA added. Attorney RACHAEL HONIG terminated. (LIEBERMANN, EREZ) [2:04-mj-03507-MF] (Entered: 05/02/2006) |
| 07/06/2006 | 58 | INFORMATION as to Kevin Burke (1) count(s) 1. (RG, ) (Entered: 07/10/2006) |
| 07/06/2006 | 59 | WAIVER OF INDICTMENT by Kevin Burke (RG, ) (Entered: 07/10/2006) |
| 07/06/2006 | 60 | Minute Entry for proceedings held before Judge Katharine S. Hayden :Plea Agreement Hearing as to Kevin Burke held on 7/6/2006, Plea entered by Kevin Burke (1) Guilty Count 1. Sentencing set for 11/6/2006 03:00 PM before Judge |

| | | |
|---|---|---|
| | | Katharine S. Hayden. (Court Reporter Ralph Florio.) (RG, ) (Entered: 07/10/2006) |
| 07/06/2006 | 61 | APPLICATION for permission to enter Plea of guilty (RG, ) (Entered: 07/10/2006) |
| 07/06/2006 | 62 | PLEA AGREEMENT as to Kevin Burke (RG, ) (Entered: 07/10/2006) |
| 02/01/2007 | 63 | SENTENCING MEMORANDUM by Kevin Burke (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Certificate of Service# 4 Letter to Clerk transmitting sentencing memorandum)(BLANEY, BRYAN) (Entered: 02/01/2007) |
| 03/08/2007 | 64 | Letter from Bryan Blaney (BLANEY, BRYAN) (Entered: 03/08/2007) |
| 03/15/2007 | 65 | Minute Entry for proceedings held before Judge Katharine S. Hayden :Sentencing held on 3/15/2007 for Kevin Burke (1), Count(s) 1, Defendant senteced to 5 years probation; shall refrain from the use of alcohol, etc.; shall refrain from the possession and/or use of drugs, etc.; shall provide full financial disclosure, etc.; is prohibited from incurring new credit charges, etc.; shall cooperate with DNA collection, etc.; Restitution $44,048.35 with interest waived, etc.; Special assessment $100.00. (Court Reporter Ralph Florio.) (rg, ) (Entered: 03/15/2007) |
| 03/15/2007 | 66 | JUDGMENT as to Kevin Burke (1), Count(s) 1, Defendant sentenced to 5 years (60 months) probation w/ conditions; Restitution of $44,048.35 with interest waived; Special assessment of $100.00. Signed by Judge Katharine S. Hayden on 3/15/07. (jgb) (Entered: 03/19/2007) |
| 07/17/2007 | 67 | ORDER ADOPTING REPORT AND RECOMMENDATIONS request for modifying the conditions or term of supervision with the consent of the offender as to Kevin Burke. Signed by Judge Katharine S. Hayden on 7/16/07. (jn, ) (Entered: 07/17/2007) |
| 10/19/2007 | 68 | ORDER ADOPTING REPORT AND RECOMMENDATIONS for Offender Under Supervision for an ORDER FOR ISSUANCE OF ARREST WARRANT as to Kevin Burke. Signed by Judge Katharine S. Hayden on 10/19/07. (Warrant Issued 10/19/07) (jgb) (Entered: 10/19/2007) |
| 01/17/2008 | 69 | AMENDED PETITION AND ORDER FOR ISSUANCE OF ARREST WARRANT for VIOLATION OF PROBATION as to KEVIN BURKE. Signed by Judge Katharine S. Hayden on 1/17/08. (Warrant Issued 1/18/08) (jgb) (Entered: 01/18/2008) |
| 03/07/2008 | 71 | Rule 5 Documents Received as to Kevin Burke (Attachments: # 1 Initial Hearing Minutes, # 2 Order on Initial Appearance, # 3 Report, # 4 Detention & Removal Hearing Minutes, # 5 Minute Entry, # 6 Warrant of Removal, # 7 FL Docket Sheet)(jgb) (Entered: 03/17/2008) |
| 03/14/2008 | 70 | Letter from Kevin Burke re: plea to VOSR. Letter forwarded to Hon. K.S. Hayden and Federal Probation. re 68 Order Adopting Report and Recommendations, Order for Warrant, 69 Petition and Order for Warrant VOP (jn, ) (Entered: 03/14/2008) |
| 04/01/2008 | 72 | PETITION AND ORDER FOR SUMMONS for VIOLATION OF |

|  |  |  |
|---|---|---|
|  |  | PROBATION as to Kevin Burke. Hearing set for 4/21/2008 12:00 PM before Judge Katharine S. Hayden.. Signed by Judge Katharine S. Hayden on 4/1/08. (jn, ) (Entered: 04/01/2008) |
| 05/09/2008 | 73 | Letter from Kevin Burke requesting counsel and bail/detention hearing. re 72 Petition and Order for Summons VOP. Letter forwarded to the Hon. K.S. Hayden (jn, ) (Entered: 05/09/2008) |
| 05/20/2008 | 74 | ORDER granting bail and permitting release of defendant. Recog.# NEW0735 as to Kevin Burke re 73 Letter. Signed by Judge Katharine S. Hayden on 5/16/08. (jn2, ) (Entered: 05/20/2008) |
| 05/27/2008 | 75 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Kevin Burke LISA MACK for Kevin Burke appointed. Signed by Judge Katharine S. Hayden on 5/27/08. (jgb) (Entered: 05/28/2008) |
| 11/13/2008 | 76 | Probation Jurisdiction Transferred to UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA as to Kevin Burke. (NR ) (Entered: 11/17/2008) |
| 11/13/2008 | 77 | Clerk's Transmittal Letter to the Southern District of Florida re 76 Transfer Out/Probationer (NR ) (Entered: 11/19/2008) |
| 12/15/2008 | 78 | ORDER to Rescind 12C Violation as to Kevin Burke re 69 Petition and Order for Warrant VOP, PETITION AND ORDER FOR ISSUANCE OF ARREST WARRANT for VIOLATION OF PROBATION as to Kevin Burke is Rescinded.. Signed by Judge Katharine S. Hayden on 12/10/08. (jn, ) (Entered: 12/15/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/15/2008 14:18:49 | | | |
| PACER Login: | ud0800 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:06-cr-00511-KSH Start date: 1/1/1970 End date: 12/15/2008 |
| Billable Pages: | 4 | Cost: | 0.32 |

e1/2006R0285

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| v. | : | Crim. No. |
| KEVIN BURKE, a/k/a "Kyle Berkman" | : | 18 U.S.C. § 371 |

INFORMATION

The defendant having waived in open court prosecution by Indictment, the United States Attorney for the District of New Jersey charges:

1. At all times relevant to this Information:

    a. Certegy Inc. ("Certegy") operated a check approval service for merchants accepting personal checks as payment from customers;

    b. A merchant obtained approval for a personal check submitted by a customer by swiping the check through an electronic "reader," which, in turn, communicated electronically with one of Certegy's three check verification centers, located in St. Petersburg, Florida; Madison, Wisconsin; and Salt Lake City, Utah; and

    c. After confirming through a check of its internal databases that no prior fraud had been reported in connection with the name appearing on the check, Certegy authorized the merchant to accept the check as payment from the customer. If the check later turned out to be fraudulent,

Certegy became obligated to reimburse the merchant for its losses.

2. From in or about January 2003 to in or about February 2003, in the District of New Jersey and elsewhere, defendant

KEVIN BURKE,
a/k/a "Kyle Berkman,"

did knowingly and willfully conspire with others to devise a scheme and artifice to defraud Certegy and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and, for the purpose of executing a scheme and artifice to defraud, transmit and cause to be transmitted by means of wire communications in interstate and foreign commerce, certain signs, signals, and sounds, as described below, contrary to Title 18, United States Code, Section 1343.

### The Object of the Conspiracy

3. The object of the conspiracy was to fraudulently induce Certegy to authorize merchants to accept checks for payment that were in fact counterfeit, and by such conduct obtain merchandise that could be later sold for cash.

### The Means of the Conspiracy

4. Among the means employed by defendant KEVIN BURKE and his coconspirators to carry out the conspiracy and to effect its unlawful objects were the following:

     a. From in or about January 2003 to in or about February 2003, Troy Davis ("Davis"), who is named as a co-conspirator but not as a defendant herein, obtained numerous counterfeit checks bearing genuine bank routing numbers, fictitious bank account numbers, and the names of fictitious account-holders.

     b. During the same time period, defendant BURKE and others were recruited by Davis and others to pose as fictitious bank account-holders using false and fraudulent identification documents to correspond with names on the counterfeit checks (hereinafter the "Straw Purchasers").

     c. During the same time period, Davis and others drove BURKE and other Straw Purchasers to numerous retail stores located throughout New Jersey and instructed them to purchase electronics and other merchandise, which had an aggregate value between $120,000 and $200,000, using the counterfeit checks and fraudulent identification documents.

     d. When the counterfeit checks were submitted by BURKE and the other Straw Purchasers as payment for the merchandise, the retail store merchants swiped them in the readers, communicating electronically with Certegy's verification centers. Because the names and account numbers on the checks were fictitious, Certegy did not locate the names in its fraud databases and, therefore, authorized the merchants to accept the counterfeit checks as payment.

    e. Davis subsequently sold the merchandise for cash and shared the proceeds with the Straw Purchasers.

OVERT ACTS

    5. In furtherance of the conspiracy, and to effect its unlawful object, defendant KEVIN BURKE and his coconspirators committed, and caused to be committed, the following acts in the District of New Jersey and elsewhere:

    a. In or about February 2003, defendant BURKE received a false and fraudulent New Jersey driver's license in the name of "Kyle Berkman";

    b. On or about February 14, 2003, defendant BURKE negotiated a counterfeit check in the amount of $2,117.88, in the name of "Kyle Berkman," at a computer store in East Brunswick, New Jersey;

    c. In or about February 2003, defendant BURKE drove co-conspirator J.P. to certain retail stores, where J.P. presented counterfeit checks in order to purchase merchandise.

    All in violation of Title 18, United States Code, Section 371.

*[signature]*
CHRISTOPHER J. CHRISTIE
United States Attorney

CASE NUMBER: 06-

United States District Court
District of New Jersey

UNITED STATES OF AMERICA

v.

KEVIN BURKE,
a/k/a "Kyle Berkman"

INFORMATION FOR

18 U.S.C. § 371

CHRISTOPHER J. CHRISTIE
U.S. ATTORNEY NEWARK, NEW JERSEY

EREZ LIEBERMANN
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
(973) 645-2874

USAO#2006R0285

AO 245 B (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.                                                              Case Number   06-511-01

KEVIN MICHAEL BURKE
a.k.a Kevin M. Burt

Defendant.

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, KEVIN MICHAEL BURKE, was represented by Brian Blaney, Esq.

The defendant pled guilty to count(s) 1 of the Information on 7/6/06. Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense | Count Number(s) |
|---|---|---|---|
| 18:371 | Conspiracy to defraud the United States | 01/03 thru 02/03 | 1 |

As pronounced on 3/15/07, the defendant is sentenced as provided in pages 2 through 4 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $100.00, for count(s) 1, which shall be due immediately. Said special assessment shall be made payable to the Clerk, U.S. District Court.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the  15  day of March, 2007.

KATHARINE S. HAYDEN
United States District Judge

AO 245 B (Rev. 12/03) Sheet 4 - Probation

Judgment – Page 2 of 4

Defendant: KEVIN MICHAEL BURKE
Case Number: 06-511-01

## PROBATION

The defendant is hereby placed on probation for a term of 5 years. *As a special condition*

While on probation, the defendant shall comply with the standard conditions that have been adopted by this court (on the next page).

The defendant shall submit to one drug test within 15 days of commencement of probation and at least two tests thereafter as determined by the probation officer.

If this judgment imposes a fine, special assessment, costs or restitution obligation, it shall be a condition of probation that the defendant pay any such fine, assessment, costs and restitution and shall comply with the following special conditions:

*[Handwritten:] b. Deft shall complete his drug treatment program in Bowling Green, PA and enter the 6 to 8 month inpatient drug program at Boca House, Boca Raton, FL and successfully complete that program.*

AO 245 B (Rev. 12/03) Sheet 4a - Probation

Judgment – Page 3 of 4

Defendant: KEVIN MICHAEL BURKE
Case Number: 06-511-01

## STANDARD CONDITIONS OF PROBATION

While the defendant is on probation pursuant to this Judgment:

1) The defendant shall not commit another federal, state, or local crime during the term of supervision.

2) The defendant shall not illegally possess a controlled substance.

3) If convicted of a felony offense, the defendant shall not possess a firearm or destructive device.

4) The defendant shall not leave the judicial district without the permission of the court or probation officer.

5) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.

6) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

7) The defendant shall support his or her dependents and meet other family responsibilities.

8) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.

9) The defendant shall notify the probation officer within seventy-two hours of any change in residence or employment.

10) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances.

11) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

12) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.

13) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.

14) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

15) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

16) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

---

*For Official Use Only - - - U.S. Probation Office*

Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision or (2) extend the term of supervision and/or modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions, and have been provided a copy of them.

You shall carry out all rules, in addition to the above, as prescribed by the Chief U.S. Probation Officer, or any of his associate Probation Officers.

(Signed) _____
                        Defendant                                Date

_____
U.S. Probation Officer/Designated Witness        Date

Case 9:08-tp-80023-DMM   Document 1   Entered on FLSD Docket 12/15/2008   Page 17 of 17
Case 2:06-cr-00511-KSH   Document 66   Filed 03/15/2007   Page 4 of 4

AO 245 B (Rev. 12/03) Sheet 6 - Restitution and Forfeiture

Defendant: KEVIN MICHAEL BURKE
Case Number: 06-511-01

Judgment – Page 4 of 4

## RESTITUTION AND FORFEITURE

### RESTITUTION

The defendant shall make restitution to the following persons in the following amounts:

| **Name of Payee** (Victim) | **Amount of Restitution** |
|---|---|
| Certegy Check Services<br>11601 Roosevelt Boulevard<br>Saint Petersburg, Florida | $44,048.35 |

Payments of restitution are to be made payable to **U.S. Treasury** and mailed to Clerk, U.S.D.C., 402 East State Street, Rm 2020, Trenton, New Jersey 08608 for distribution to the victim(s).

The following defendant(s) in the following case(s) may be subject to restitution orders to the same victim for this same loss:

Jennifer Pizza Cr. No. 06-489
Troy Davis Cr. No. 05-856
George Adrainopoulos Cr. Magistrate No. 06-8106

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.